Minnie Johnson, appellant, v. Dennis J. Finn, appellee. Gen. No. 39,979.

Opinion filed April 11, 1938. Rehearing denied April 25, 1938.
John E. Erickson, for appellant. .Maurice A. Barancik, for appellee; Maurice A. Barancik and Bernard L. Goldstein, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

David Jetzinger, appellant, v. Louis Metcoff et al., appellees. Gen. No. 39,994.

Opinion filed April 11, 1938.
John A. Brown, for appellant. Robert L. Huttner and Louis R. Connell, for appellees; Robert L. Huttner, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

B. J. Dolan, plaintiff, v. Jacob Dubov et al., defendants. E. R. Burnett et al., appellants, v. Peter B. Carey et al., appellees. Gen. No. 39,891.
B. J. Dolan, plaintiff, v. Samuel Firer et al., defendants. Gen. No. 39,893.
B. J. Dolan, plaintiff, v. Morris B. Scher et al., defendants. Gen. No. 39,894.
B. J. Dolan, plaintiff, v. Isidore Goldblatt et al., defendants. Gen. No. 39,895.
B. J. Dolan, plaintiff, v. James La Velle et al., defendants. Gen. No. 39,896.
B. J. Dolan, plaintiff, v. Harry Lieberman et al., defendants. Gen. No. 39,897.
B. J. Dolan, plaintiff, v. Jacob Rotter et al., defendants. Gen. No. 39,898.

Opinion filed April 11, 1938.
Rehearing denied April 25, 1938.
Earl V. Brown, for certain appellant. William C. Bausch, for certain other appellants. Shulman, Shulman & Abrams and Rosenfeld & Bromberg, for appellees; Meyer Abrams, of counsel.
Per curiam.